# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>v.<br>RICARDO SANCHEZ,<br>                            Defendant. | Case No.: 3:17-cr-02675-GPC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>**[ECF No. 16]** |

The government has filed a notice indicating that it does not oppose Defendant Ricardo Sanchez's motion to dismiss. (*See* ECF No. 18.) As a result, the Court GRANTS Defendant's motion to dismiss the indictment.

**IT IS SO ORDERED.**

Dated: December 11, 2017

Hon. Gonzalo P. Curiel
United States District Judge